UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:97-CR-0195-SNL |
| | ) |
| | ) |
| CHARLES M. HOELZER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on October 1, 1998.  Upon further review of the restitution ordered in this matter, the Court has determined that Charles S. Hoelzer (4:97-CR-0195-SNL) shall be jointly and severally liable with defendant Charles M. Hoelzer for the restitution ordered in the judgment dated October 1, 1998.

Dated this 9th day of August, 2005.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**